IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02318-REB-MEH

KITT CAYLOR,

    Plaintiffs,

v.

TOWN OF BERTHOUD,
SCOTT BONNER, and
JOHN DOE NOS. 1 AND 2,

    Defendants.

## DISMISSAL ORDER AS TO
## DEFENDANT SCOTT BONNER ONLY

**Blackburn, J.**

The matter comes before the court on the **Stipulation For Dismissal With Prejudice of Individual Defendant** [#34] filed August 26, 2008. After reviewing the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant Scott Bonner should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice of Individual Defendant** [#34] filed August 26, 2008, is **APPROVED**;

2. That plaintiff's claims against defendant, Scott Bonner, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, Scott Bonner, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated September 2, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**