**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-02318-REB-MEH

KITT CAYLOR,

      Plaintiffs,

v.

TOWN OF BERTHOUD,

      Defendant.

---

## DISMISSAL ORDER

---

**Blackburn, J.**

The matter comes before the court on the **Stipulation For Dismissal With Prejudice of The Town of Berthoud** [#36] filed September 2, 2008.  After reviewing the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation For Dismissal With Prejudice of The Town of Berthoud** [#36] filed September 2, 2008, is **APPROVED**;

2.  That the Trial Preparation Conference set for January 23, 2009, is **VACATED**;

3.  That the jury trial set to commence February 9, 2009, is **VACATED**; and

4.  That this action  is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs

    Dated September 2, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**